IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER DRAIN,<br>*Petitioner* | :<br>:   **CIVIL ACTION**<br>: |
| v. | :<br>:   **No. 13-2359** |
| BRIAN COLEMAN, et al.,<br>*Respondents* | :<br>: |

**ORDER**

AND NOW, this 2nd day of September, 2020, upon consideration of the Petitioner's Motion for Relief pursuant to Federal Rule of Civil Procedure 60 (Doc. No. 47), it is hereby

**ORDERED** that the motion (Doc. No. 47) is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**